UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: APPLICATION FOR ACCESS TO CERTAIN SEALED VIDEO EXHIBITS | ) ) ) ) ) ) | CASE NO.: 21-MC-78 (JDB) |

## NOTICE OF FILING

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully notifies the Court that, pursuant to the Court's June 30, 2021 Order, the following exhibits played for the Court during the April 9, 2021 detention hearing ("Detention Hearing") in United States v. Klein, Crim. A. No. 21-236 (D.D.C.), have been submitted to the "drop box" as described in Standing Order 21-28, In Re: Media Access to Video Exhibits in Pretrial Capitol Cases (May 14, 2021) (BAH):

- **Gov't Exhibit 1:** Video footage from the Body Worn Camera of Metropolitan Police Department Officer Mastony; video file name "Mastony"; timestamp "2021-01-06 14:52:41" (2:52:41 p.m. EST); total length of clip: 5 minutes and 2 seconds.

- **Gov't Exhibit 2:** Video footage from the Body Worn Camera of Metropolitan Police Department Sergeant Bogner; video file name "Bogner"; timestamp "2021-01-06 14:53:30" (2:53:30 p.m. EDT); total length of clip: 3 minutes and 32 seconds.

During the Detention Hearing, the United States also attempted to play for the Court the Body Worn Camera footage of Metropolitan Police Department Officer Boyle ("Boyle Video"). However, due to the remote nature of the Detention Hearing and resulting technical difficulties, the Court, the defense, and one of the government attorneys[1] were only able to hear the audio from

---

[1] AUSA Jocelyn Bond was playing the videos from her computer, while AUSA Kimberley Nielsen argued to the Court. AUSA Nielsen was not able to see the video portion of the Boyle Video when played by AUSA Bond.

the Boyle video but were not able to see the video footage. Accordingly, pursuant to the United States' understanding of the Court's June 30, 2021 Order, the United States has not submitted, absent further order of the Court, the Boyle Video to the "drop box."

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ *Kimberley C. Nielsen*
KIMBERLEY C. NIELSEN
JOCELYN BOND
Assistant United States Attorneys
N.Y. Bar No. 4034138
555 4th Street, N.W., Room 9913
Washington, D.C. 20530
202-252-7418
Kimberley.Nielsen@usdoj.gov
Jocelyn.Bond@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I caused a copy of the foregoing notice to be served on counsel of record via electronic filing.

/s/ *Kimberley C. Nielsen*
KIMBERLEY C. NIELSEN
Assistant United States Attorney